1  THOMAS P. O'BRIEN                                                **MADE JS-6**
   United States Attorney
2  CHRISTINE C. EWELL
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  LISABETH SHINER
   Special Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 151792
7     Federal Courthouse, 14th Floor
      312 North Spring Street
8     Los Angeles, California 90012
      Telephone: (213) 894-6528
9     Facsimile: (213) 894-7177
      Lisabeth.Shiner@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12

13                    UNITED STATES DISTRICT COURT

14                FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                          WESTERN DIVISION

16 UNITED STATES OF AMERICA,       )
                                   )       NO. CV 07-4909 GW (RZx)
17              Plaintiff,         )
                                   )
18         v.                      )       **CONSENT JUDGMENT**
                                   )
19 REAL PROPERTY LOCATED IN        )
   LOS ANGELES, CALIFORNIA         )
20 (WILLIE HARBOR AND WILLIE       )
   MAE HARBOR),                    )
21                                 )
                                   )
22              Defendant.         )
   _____)
23 ELIZABETH ANN HARBOR,           )
   et al.,                         )
24                                 )
                Claimants.         )
25                                 )
   _____)
26

27

28

1    IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America ("plaintiff" or the "government") and claimants Elizabeth Ann Harbor, Johnnie Marie Harbor, Frederick James Harbor, Virginia Ruth Fox, Leonard Harbor, Willie Harbor, Jr., Charles Henry Harbor, Willie Juanita Moss, and the Estate of Willie Mae Harbor (collectively referred to a "claimants"), as follows:

    1.   The government alleges in its complaint that the defendant property was used or intended to be used to commit or to facilitate the commission of one or more violations of 21 U.S.C. §§ 841, 846, and 856, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(7).

    2.   Pursuant to a title report issued by Land Title Insurance Company, dated July 13, 2007, the titleholders to the defendant property are Willie Harbor and Willie Mae Harbor, husband and wife, as joint tenants.  Willie Harbor died on or about March 19, 1991.  Because title was held in joint tenancy, Willie Harbor's interest in the property passed to Willie Mae Harbor by operation of law.  Willie Mae Harbor died intestate on or about September 29, 2006, and accordingly, the true owner of the defendant property is the Estate of Willie Mae Harbor (the "Estate").

    3.   Claimants, the adult children of Willie Mae Harbor, are the presumptive heirs of the Estate and filed a joint claim and answer to contest the forfeiture of the defendant property.  On August 25, 2008, plaintiff and claimant Willie Juanita Moss filed a Stipulation to Withdraw Claim and Answer of Claimant Willie Juanita Moss.

 4.   Plaintiff has notified all other potential claimants of this action pursuant to Supplemental Rule G of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions.  No other claims or answers have been filed.  The United States published notice of this action in a newspaper of general circulation for three consecutive weeks commencing on September 10, 17 and 24, 2007.

 5.   It is the intention of the government and claimants to resolve this case in its entirety by this Consent Judgment.

 6.   All right, title, and interest in the defendant property of claimants and any other potential claimant shall be and hereby is forfeited to the United States of America.  The defendant real property is condemned and forfeited to the United States of America.  The defendant real property is located in Los Angeles, and is more particularly described as follows:

> Lot 76 of the Wilgary Tract, as per Map recorded in Book 21, pages 138 and 139 of Maps, in the Office of the County Recorder of said county.

The Assessor's Parcel Number is 7426-009-027.

 7.   The Los Angeles County Recorder shall index this judgment in the grantor index under the names Willie Harbor and Willie Mae Harbor, and in the grantee index under the name of the United States of America.

 8.   Title having vested in plaintiff United States of America, the United States shall proceed to dispose of the defendant property in accordance with the law.

 9.   Claimants must vacate the property no later than 30

days of receipt of notice from the U.S. Marshals Service ("USMS"), without further order of the Court.  If claimants fail to vacate the defendant property pursuant to this paragraph, the USMS is hereby empowered to enter and take possession of the defendant property and to evict all occupants and their personal property without further notice or court order.

10. Claimants Leonard Harbor, Willie Harbor, Jr., Charles Henry Harbor hereby agree not to reside within 2 miles of the defendant property.

11. Upon the sale of the defendant property, the proceeds are to be distributed as follows:

    a. First, for payment of all costs of sale, including, but not limited to, real estate commissions and appraisals;

    b. Second, for payment to the tax assessor's office and tax collector for the County of Los Angeles for any real property taxes due and owing on the defendant property as of the date of sale;

    c. Third, the remaining proceeds, if any, shall be distributed equally among claimants Elizabeth Ann Harbor, Johnnie Marie Harbor, Frederick James Harbor, and Virginia Ruth Fox, by check delivered to undersigned counsel for claimants and made payable to "Robin Perry Client Trust Account."  All claimants agree that claimants Leonard Harbor, Willie Harbor, Jr., and Charles Henry Harbor shall not receive any proceeds from the sale of the defendant property.

12. The government and claimants agree to execute further documents, to the extent necessary, to convey clear title to the defendant property and to further implement the terms of this

Consent Judgment.

13. Claimants hereby release and agree to hold harmless the United States of American, its agencies, agents and officers, including local law enforcement agencies, their agents, officers, employees, or servants, from all claims, actions or proceedings, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by or which arise out of the present action.

14. Each party shall bear its own costs of litigation and attorney's fees. Each party waives its right to appeal.

DATED:    September 4, 2008

_____
THE HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE

**[Signatures of counsel appear on the next page.]**

Approved as to Form and Content:

DATED: August ___, 2008  THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

_____
LISABETH SHINER
Special Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: August ___, 2008  LAW OFFICES OF ROBIN D. PERRY

_____
ROBIN D. PERRY

Attorneys for Claimants Elizabeth Ann Harbor, Johnnie Marie Harbor, Frederick James Harbor, Virginia Ruth Fox, Leonard Harbor, Willie Harbor, Jr., Charles Henry Harbor, and the Estate of Willie May Harbor